JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOHEIL SEYEDHENDI,

Petitioner,

v.

WARDEN, ETC., ET AL.,

Respondents.

No. ED CV 26-5589-ODW(E)

JUDGMENT

IT IS ADJUDGED that the Petition is granted in part and Respondents are ordered to release Petitioner (A# 213-062-090) from detention immediately, subject to the conditions of Petitioner's previous supervision.

DATED: October 23, 2026.

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE